Jason R. Naess
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, Idaho  83318
(208) 878-8382
(208) 878-0146 – fax
jason@pmt.org
Idaho State Bar #8407
*Attorneys for Gary L. Rainsdon, Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HATHAWAY HOMES GOUP, LLC,<br><br>Debtors. | Case No. 17-40992-JMM<br><br>Chapter 7 |
| GARY L. RAINSDON, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DRIGGS, a municipal corporation of the State of Idaho,<br><br>Defendant. | Adv. Proceeding No. _____ |

**COMPLAINT**

COMES NOW, Gary L. Rainsdon, the chapter 7 trustee in Bankruptcy No. 17-40992-JMM ("Plaintiff" or "Trustee"), by and through counsel, and hereby complains and alleges as follows:

PARTIES

1. Plaintiff is the duly appointed chapter 7 trustee pursuant to 11 U.S.C. § 701 *et seq.*, appointed in Bankruptcy Case No. 17-40992-JMM on March 15, 2018, and acting in that capacity at all times since his appointment.  *See* Bankr. No. 17-40992-JMM, Dkt. No. 201.  Prior to his appointment as the chapter 7 trustee, Trustee had served as the chapter 11 trustee in a pre-

COMPLAINT   – Page 1

conversion chapter 11 case. *See id.*, Dkt. No. 104.

2. The City of Driggs ("Defendant") is now, and was at all times material to this action, a municipal corporation of the State of Idaho.

## JURISIDICTION AND VENUE

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 and pursuant to the Rules of this Court and the United States District Court for the District of Idaho, in that this action arises in and relates to the bankruptcy case filed by Hathaway Homes Group, LLC ("Debtor") on November 10, 2017, as Bankruptcy Case No. 17-40992-JMM (initially filed as 17-40992-JDP) in the Bankruptcy Court for the District of Idaho.

4. This proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (F), (H) and/or (O). Trustee consents to entry of final orders or judgment by the bankruptcy judge as to all matters and proceedings in the above-entitled case.

5. Venue is proper in this court pursuant to 28 U.S.C. §§ 1408 and 1409.

## COUNT I
§ 547 – Avoidable Preferences

6. Debtor filed a voluntary petition for chapter 11 bankruptcy relief on November 10, 2017.

7. Prior to filing for bankruptcy, Debtor made the following payments to Defendant:

| Date of Payment | Amount Paid |
| --- | --- |
| 10/31/2017 | $6,843.00 |
| **Total** | **$6,843.00** |

(the "Payment")

8. At the time of the Payment, Defendant was a creditor of Debtor.

9. The Payment was made on account of an antecedent debt owed by Debtor before the Payment to Defendant was made.

COMPLAINT   – Page 2

10. At the time Debtor made the Payment to Defendant, Debtor was insolvent.

11. The Payment was made within ninety (90) days before the date of the filing of Debtor's bankruptcy petition.

12. Defendant was an unsecured creditor of Debtor and received more as a result of the Payment than it would have received if Debtor filed a chapter 7 case, the Payment had not been made, and Defendant received payment of the debt owed by Debtor pursuant to the provisions of the Bankruptcy Code.

WHEREFORE, Plaintiff prays for Judgment against Defendant as follows:

a. On Count I, for avoidance of the preferential transfers made to Defendant and for a Judgment in the amount of $6,843.00 against Defendant; and

b. That Plaintiff be awarded reasonable attorney's fees in the sum of $3,000.00 should this action terminate as a default judgment, together with such other and additional sums as the Court deems just and proper should the action be contested, pursuant to Idaho Code §§ 12-120 and 12-121, and to the extent equity requires in order for the bankruptcy estate to be made whole, plus court costs;

c. Prejudgment interest as allowed by law; and

d. For such other and further relief as the court may deem just and proper.

DATED November 8, 2019.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

_/s/ Jason R. Naess_
Jason R. Naess
Attorneys for Trustee, Gary L. Rainsdon

## VERIFICATION

STATE OF IDAHO            )
                          ) ss
County of Twin Falls      )

Gary Rainsdon, being first duly sworn on oath, deposes and says:

That he is the Plaintiff in the above-entitled action; that he has read the contents of the foregoing Complaint, and knows the contents thereof and the facts stated therein believes to be true.

_____
Gary L. Rainsdon

Subscribed and sworn to before me, this 1st day of November, 2019.

_____
Notary Public for Idaho
Residing at Twin Falls
My commission expires on 1/2/25

CASSANDRA BLACKBURN
COMM. NO. 20190019
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 01/02/25

COMPLAINT – Page 4