Jason R. Naess
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, Idaho  83318
(208) 878-8382
(208) 878-0146 – fax
jason@pmt.org
Idaho State Bar #8407
*Attorneys for Gary L. Rainsdon, Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 17-40992-JMM |
|---|---|
| HATHAWAY HOMES GOUP, LLC, | |
| Debtors. | Chapter 7 |
| GARY L. RAINSDON, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proceeding No. 19-8050-JMM |
| CITY OF DRIGGS, a municipal corporation of the state of Idaho, | |
| Defendant. | |

**APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND AFFIDAVIT IN SUPPORT OF REQUEST**

COMES NOW, Plaintiff Gary L. Rainsdon ("Trustee"), the chapter 7 trustee in Bankruptcy No. 17-40992-JMM and Plaintiff in the above-captioned case, by and through counsel, and hereby requests the Clerk enter default against the City of Driggs (the "Defendant"). As the docket report in this adversary proceeding reflects, the Defendant has failed to timely plead or otherwise defend Plaintiff's claims.  *See* Rule 7012(a).  In support of this request, Trustee's counsel submits the following Affidavit:

**<u>AFFIDAVIT</u>**

The undersigned, being duly sworn, upon oath deposes and says:

APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND AFFIDAVIT IN SUPPORT OF REQUEST– Page 1

1.  I am the attorney of record for the Plaintiff, and have personal knowledge of the facts set forth in this affidavit.

2.  The Plaintiff filed this adversary proceeding against Defendant on November 8, 2019.

3.  Defendant is a municipal corporation of the State of Idaho.

4.  On November 22, 2019, Plaintiff served the summons and complaint on Defendant by regular, first class United States mail, postage fully pre-paid, addressed to:

> Kreslyn Shuehler, City Clerk
> City of Driggs, Idaho
> PO Box 48
> Driggs, ID 83422

Dkt. No. 5.  Kreslyn Shuehler is identified as the City Clerk on the City of Driggs' website.

5.  Service upon a state or municipal corporation may be made via service by first class mail by mailing a copy of the summons and complaint to the person or office upon whom process is prescribed to be served by the law of the state in which service is made.  Rule 7004(b)(6).  In Idaho, service on a municipal corporation is completed by "deliver[ing] a copy of the summons and complaint to its chief executive officer, secretary or clerk."  Idaho R. Civ. P. 4(d)(4)(B).

6.  The time for filing an answer, as that deadline is set forth in Rule 7012(a), has passed with no answer being filed by the Defendant and no extension of time to file an answer being filed with the Court under Rule 9006(b)(1).

7.  Defendant has failed to appear or defend in this action, and the time in which Defendant may do so has expired.

8.  The Defendant is not a minor, incompetent person, or member of the military service of the United States as defined by the Servicemembers Civil Relief Act.

DATED March 10, 2020.

**PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP**

/s/ Jason R. Naess
Jason R. Naess
Counsel for Plaintiff

Subscribed and sworn to before me, this __10th__ day of March, 2020.

_Chancy K. Osterhout_
Notary Public for Idaho
Residing at _Burley, Idaho_
My commission expires on _11/14/2022_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2020, a copy of the foregoing document was filed with the Court via CM/ECF, and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Jason Ronald Naess on behalf of Plaintiff Gary L. Rainsdon
jason@pmt.org

Gary L. Rainsdon
trustee@filertel.com, id09@ecfcbis.com

**PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP**

/s/ Jason R. Naess
Jason R. Naess
Counsel for Plaintiff