Jason R. Naess
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P.O. Box 910
Burley, Idaho  83318
(208) 878-8382
(208) 878-0146 – fax
jason@pmt.org
Idaho State Bar #8407
*Attorneys for Gary L. Rainsdon, Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HATHAWAY HOMES GOUP, LLC,<br><br>Debtors. | Case No. 17-40992-JMM<br><br>Chapter 7 |
| GARY L. RAINSDON, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DRIGGS, a municipal corporation of the state of Idaho,<br><br>Defendant. | Adv. Proceeding No. 19-8050-JMM |

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT**

JASON R. NAESS being duly sworn, upon oath deposes and says:

1. I am the attorney of record for the Plaintiff in the above-captioned case and have personal knowledge of the facts set forth in this affidavit.

2. The Plaintiff filed this adversary proceeding against Defendant on November 8, 2019.

3. The Plaintiff's claim is for a sum certain:  $6,843.00, which Hathaway Homes Group, LLC's ("HHG") books and records indicate was transferred to Defendant on or about October 31, 2017, less than two weeks before HHG filed for bankruptcy protection.  A true and correct copy of HHG's QuickBooks records of HHG's transactions with the City of Driggs is

AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT    1

attached hereto as Exhibit A and is incorporated herein by reference.

4. At a pre-judgment interest rate of 12%, pre-judgment interest has accrued at a rate of $2.24975 per diem since October 31, 2017. Through todays date, the amount of pre-judgment interest is: $1,975.28 (through March 26, 2020).

5. Combined, the amount owed to the Bankruptcy estate, including the avoidable pre-petition transfers and the pre-judgment interest on those transfers, is $8,818.28.

Further, your affiant sayeth naught.

DATED March 26, 2020.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

*/s/ Jason R. Naess*
Jason R. Naess
Attorneys for Plaintiff

SUBSCRIBED AND SWORN to before me, this 26th day of March, 2020.

*/s/ Chancy K. Osterhout*
Notary Public for Idaho
Residing at *Burley, Idaho*
My commission expires on *Nov 14, 2022*

AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT     2