UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HATHAWAY HOMES GOUP, LLC,<br><br>Debtors. | Case No. 17-40992-JMM<br><br>Chapter 7 |
| GARY L. RAINSDON, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DRIGGS, a municipal corporation of the state of Idaho,<br><br>Defendant. | Adv. Proceeding No. 19-8050-JMM |

**DEFAULT JUDGMENT**

Plaintiff Gary L. Rainsdon's Request for Clerk's Entry of Default Judgment, Dkt. No. 9, having come before the Court, the Court having considered the same and the Affidavit in Support of Request for Clerk's Entry of Default Judgment, Dkt. No. 10, the Plaintiff's claim being for a sum that can be made certain by computation, and good cause appearing thereby,

IT IS HEREBY ORDERED THAT DEFAULT JUDGMENT BE ENTERED against Defendant City of Driggs, in the amount of $8,818.28.

DATED: May 1, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Default Judgment submitted by Jason R. Naess, counsel for Plaintiff Gary L. Rainsdon